B6A (Official Form 6A) (12/07)

IN RE **Faber, Jeffrey Lloyd & Faber, Mary Jo** _____  Case No. _____
Debtor(s) (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **burial plots.** | | C | **1,000.00** | **0.00** |
| **Debtor's (1/4) interest 304 N. Main St. Paris, Texas. Co-owner's of property are Debtor's Uncle, Ben Faber and Debtor's sister, Sarah Faber. Said property is being condemned by the Paris Fire Dept. Said property also has two (2) gas tanks that need to be removed from the ground.** | | C | **38,930.00** | **0.00** |
| **Debtor's 1/6 interest in real property located in Brazoria County, Texas. Debtor's 1/6 interest was Debtor's deceased father's interest in said property.** | | C | **120.00** | **0.00** |
| **Debtor's interest in mineral rights in Madison County, Texas. Debtor's interest is 0.011397 interest in said mineral rights.** | | C | **unknown** | **0.00** |
| **Home and Property located in Paris, TX described as follows:** **Lot Ten (10) in Block "B" of the Eastfield Estates Addition, Phase One, to the City of Paris, Lamar County, Texas.** | **JTWROS** | C | **125,000.00** | **123,952.84** |
| | | TOTAL | **165,050.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only